CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

DARREN W.K. CHING #6903
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
E-mail:  Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Oct 21, 2024
Lucy H. Carrillo, Clerk of Court
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MARTY ANTHONY MULLER, (01)<br>MUSHTAQ AHMAD HABIBI, (02)<br>and DAUD KALANTARI, (03)<br><br>　　　　　　Defendants. | MAG. NO. 24-1070 WRP<br><br>ORDER GRANTING<br>MOTION TO UNSEAL<br>CRIMINAL COMPLAINT AND<br>AFFIDAVIT |

<u>ORDER GRANTING MOTION TO UNSEAL
CRIMINAL COMPLAINT AND AFFIDAVIT</u>

The Court having considered the United States' Ex Parte Motion to Unseal the Criminal Complaint and Affidavit, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Criminal Complaint, and the attached Affidavit in Support of the Criminal Complaint in the above-entitled matter be Unsealed.

DATED: October __21__, 2024, at Honolulu, Hawaii.



Wes Reber Porter
United States Magistrate Judge

<u>United States v. Marty Muller, et al.</u>
Mag. No. 24-1070 WRP
Order Granting Motion to Unseal Criminal Complaint

2